# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D23-1850
LT Case No. 2019-CF-001863
_____

NELSON S. FERGUSON,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Markus X. Murden, of MXM Law, Orlando, for Appellant.

Ashley Moody, Attorney General, Tallahassee,and Marissa V. Giles, Assistant Attorney General, Daytona Beach, for Appellee.

January 9, 2024


PER CURIAM.

   AFFIRMED.

MAKAR, JAY, and SOUD, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---